In re:  
Julio Lopez, Jr.  
Benigna Lopez Guzman  
    Debtors

Case No. 15-04580-JJT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: CGambini     Page 1 of 1     Date Rcvd: Aug 08, 2017  
                        Form ID: trc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2017.  
4905541     +Wilmington Savings Fund Society, FSB, et al...,   c/o Kondaur Capital Corporation,   333 S. Anita Drive, Ste. 400,   Orange, CA 92868-3314,   Wilmington Savings Fund Society, FSB, et,   c/o Kondaur Capital Corporation 92868-3314

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                   TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2017                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2017 at the address(es) listed below:  
         Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com  
         James Warmbrodt   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com  
         Kevin S Frankel   on behalf of Creditor   Kondaur Capital Corporation as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity but solely in its capacity as Owner Trustee of Matawin Ventures pa-bk@logs.com  
         Kevin S Frankel   on behalf of Creditor   Carrington Mortgage Services, LLC pa-bk@logs.com  
         LeeAne O Huggins   on behalf of Creditor   Carrington Mortgage Services, LLC pabk@logs.com  
         Paul W McElrath, Jr.   on behalf of Joint Debtor Benigna Lopez Guzman ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com  
         Paul W McElrath, Jr.   on behalf of Debtor Julio Lopez, Jr. ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com  
         United States Trustee   ustpregion03.ha.ecf@usdoj.gov  
                                                                                                    TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:15-bk-04580-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

Julio Lopez, Jr.  
608 Quail Lane  
Tobyhanna PA 18466

Benigna Lopez Guzman  
608 Quail Lane  
Tobyhanna PA 18466

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/07/2017.

Name and Address of Alleged Transferor(s):

Claim No. 12: Wilmington Savings Fund Society, FSB, et al..., c/o Kondaur Capital Corporation, 333 S. Anita Drive, Ste. 400, Orange, CA 92868-3314, Wilmington Savings Fund Society, FSB, et, c/o Kondaur Capital Corporation

Name and Address of Transferee:

Dwaldman Law PC  
PO Box 5162  
Largo, FL 33779  
Dwaldman Law PC  
PO Box 5162  
Largo, FL 33779

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/10/17

Terrence S. Miller  
**CLERK OF THE COURT**