```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
```

In re:                                                              Case No. 15-04580-JJT
Julio Lopez, Jr.                                                    Chapter 13
Benigna Lopez Guzman
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: CGambini            Page 1 of 1           Date Rcvd: Oct 06, 2017
                              Form ID: pdf010           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 08, 2017.
db/jdb         +Julio Lopez, Jr.,    Benigna Lopez Guzman,    608 Quail Lane,    Tobyhanna, PA 18466-7883
               +Ashley Inez Lopez,    608 Quail Lane,   Tobyhanna, PA 18466-7883

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 6, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor    Kondaur Capital Corporation as servicer for Wilmington
               Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity but solely in
               its capacity as Owner Trustee of Matawin Ventures pa-bk@logs.com
              Kevin S Frankel    on behalf of Creditor    Carrington Mortgage Services, LLC pa-bk@logs.com
              LeeAne O Huggins    on behalf of Creditor    Carrington Mortgage Services, LLC pabk@logs.com
              Paul W McElrath, Jr.    on behalf of Joint Debtor Benigna  Lopez Guzman ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W McElrath, Jr.    on behalf of Debtor Julio  Lopez, Jr. ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Thomas I Puleo    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Benigna Lopez Guzman<br>  Julio Lopez Jr.<br>           Debtors<br><br>JPMorgan Chase Bank, N.A.<br>           Movant<br>    vs.<br><br>Benigna Lopez Guzman<br>Julio Lopez Jr.<br>           Debtors/Respondents<br>    and<br>Ashley Inez Lopez<br>           Additional Respondent<br>    and<br>Charles J. DeHart, III Esq., Trustee<br>           Additional Respondent | NO. 15-04580 JJT<br><br><br>CHAPTER 13<br><br><br><br>11 U.S.C. Sections 362 and 1301 |

## ORDER TERMINATING AUTOMATIC STAY AND CO-DEBTOR STAY

Upon consideration of the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant JPMorgan Chase Bank, N.A., the court reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay under 11 U.S.C. Section 362(d) and 11 U.S.C. Section 1301(a) is hereby terminated as to Movant Nunc **as of the date of this** order to permit said creditor, its successors and/or assigns, to take possession and sell, lease, and otherwise dispose of the 2014 Subaru Impreza, VIN  JF1GJAA63EH013750 in a commercially reasonable manner.

By the Court,

Dated: October 5, 2017

John J. Thomas, Bankruptcy Judge
(PJR)