IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| JULIO LOPEZ, JR., and<br>BENIGNA LOPEZ GUZMAN,<br>          Debtors | BANKRUPTCY NO. 15-04580 |
| ATLAS ACQUISITIONS LLC,<br>          Movant | MOTION FOR RELIEF FROM<br>AUTOMATIC STAY |
| vs. | |
| JULIO LOPEZ, JR., and<br>BENIGNA LOPEZ GUZMAN,<br>          Respondents | |

## ORDER FOR RELIEF FROM STAY

AND NOW, this _____ day of _____ 2018, this matter having been brought before the Court upon the Motion of Atlas Acquisitions LLC for Relief from the Automatic Stay to Exercise its State Court Remedies against the Debtors' Real Estate Located at 608 Quail Lane, Tobyhanna, Pennsylvania 18466 ("Real Estate") filed by its counsel, Kozloff Stoudt, for good and sufficient cause shown, it is hereby

ORDERED that the automatic stay provided by Section 362(d) of the Bankruptcy Code is vacated as to Atlas Acquisitions LLC with respect to the Real Estate, so that Atlas Acquisitions LLC may exercise its state court remedies with respect to said Real Estate; and it is further

ORDERED that the net proceeds from such actions, either by judicial process or otherwise, may be applied against the indebtedness of the Debtors to Atlas Acquisitions LLC, and it is further

ORDERED that the fourteen (14) day period under Fed. R. Bankr. P. 4001(a)(3) shall not apply.

**ORDER SERVICE LIST**

Julio Lopez, Jr.
Benigna Lopez Guzman
608 Quail Lane
Tobyhanna, PA 18466

Paul W. McElrath, Jr., Esquire
McElrath Legal Holdings, LLC
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210

Charles J. DeHart, III, Esquire
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Asst. U.S. Trustee
United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

Charles N. Shurr, Jr., Esquire
Kozloff Stoudt
2640 Westview Drive
Wyomissing, PA 19610