```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                             Case No. 15-04580-JJT
Julio Lopez, Jr.                                                   Chapter 13
Benigna Lopez Guzman
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-5          User: CGambini              Page 1 of 2           Date Rcvd: Sep 19, 2018
                              Form ID: ordsmiss           Total Noticed: 34
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2018.
```
db/jdb         +Julio Lopez, Jr.,    Benigna Lopez Guzman,    608 Quail Lane,    Tobyhanna, PA 18466-7883
aty            +Kathryn Wakefield,    DWALDMANLAW PC,    4900 Carlisle Pike #182,    Mechanicsburg, PA 17050-7709
cr             +Kondaur Capital Corporation as servicer for Wilmin,     333 South Anita Drive,    Suite 400,
                 Orange, CA 92868-3314
4954565        +Atlas Acquisitions LLC,    c/o Dwaldman Law PC,    PO Box 5162,    Largo, FL 33779-5162
5065993        +Atlas Acquisitions LLC,    c/o Charles N. Shurr, Jr., Esquire,     Kozloff Stoudt,
                 2640 Westview Drive,    Wyomissing, PA 19610-1186
4727251        +Carrington Mortgage,    1600 S Douglass Rd Ste 2,    Anaheim, CA 92806-5951
4712558        +Carrington Mortgage Se,    1600 S Douglass Rd Ste 2,    Anaheim, CA 92806-5951
4761521        +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, California 92806-5951
4722072        +Carrington Mortgage Services, LLC,    1610 East Saint Andrews Place,    Suite B150,
                 Santa Ana, CA 92705-4931
4712560        +Cbna,   Po Box 6283,    Sioux Falls, SD 57117-6283
4712561        +Chase,   Po Box 901003,    Ft Worth, TX 76101-2003
4758988        +Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
4712562        +Fed Loan Serv,    Po Box 60610,   Harrisburg, PA 17106-0610
4727256        +Mariner Finance,    1155 Washington Pike Ste 60,    Bridgeville, PA 15017-2827
4758717        +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
4747662        +U.S. Department of Education,    c/o Fedloan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184
4905540         Wilmington Savings Fund Society, FSB, et al...,     c/o Kondaur Capital Corporation,
                 333 S. Anita Drive, Ste. 400,    Orange, CA 92868-3314
4905541        +Wilmington Savings Fund Society, FSB, et al...,     c/o Kondaur Capital Corporation,
                 333 S. Anita Drive, Ste. 400,    Orange, CA 92868-3314,
                 Wilmington Savings Fund Society, FSB, et,    c/o Kondaur Capital Corporation 92868-3314
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4952262        +EDI: ATLASACQU.COM Sep 19 2018 22:53:00      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
4712556        +EDI: TSYS2.COM Sep 19 2018 22:53:00      Barclays Bank Delaware,    125 S West St,
                 Wilmington, DE 19801-5014
4712557         EDI: CAPITALONE.COM Sep 19 2018 22:53:00      Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238
4745424        +E-mail/Text: bncmail@w-legal.com Sep 19 2018 19:15:05      CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4730506         EDI: CAPITALONE.COM Sep 19 2018 22:53:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
4712559        +E-mail/Text: bankruptcy@cavps.com Sep 19 2018 19:15:12       Cavalry Portfolio Serv,
                 Po Box 27288,   Tempe, AZ 85285-7288
4714032        +E-mail/Text: bankruptcy@cavps.com Sep 19 2018 19:15:12       Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
4760566         EDI: CAUT.COM Sep 19 2018 22:53:00      JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
4712564        +EDI: TSYS2.COM Sep 19 2018 22:53:00      Mcydsnb,    9111 Duke Blvd,   Mason, OH 45040-8999
4750557        +EDI: MID8.COM Sep 19 2018 22:53:00      Midland Credit Management, Inc.,
                 as agent for   MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
4726657         EDI: PRA.COM Sep 19 2018 22:53:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
4712565        +EDI: PRA.COM Sep 19 2018 22:53:00      Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4952
4722867         EDI: SALLIEMAEBANK.COM Sep 19 2018 22:53:00      Sallie Mae,    PO Box 3319,
                 Wilmington, DE 19804-4319
4712566        +EDI: SALLIEMAEBANK.COM Sep 19 2018 22:53:00      Sallie Mae,    300 Continental Dr,
                 Newark, DE 19713-4322
4712567        +EDI: RMSC.COM Sep 19 2018 22:53:00      Syncb/Gap,    Po Box 965005,   Orlando, FL 32896-5005
4712568        +EDI: RMSC.COM Sep 19 2018 22:53:00      Syncb/Jcp,    Po Box 965007,   Orlando, FL 32896-5007
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4712563          Marinerfin
4954566*       +Atlas Acquisitions LLC,    c/o Dwaldman Law PC,    PO Box 5162,    Largo, FL 33779-5162
4727249*       +Barclays Bank Delaware,    125 S West St,   Wilmington, DE 19801-5014
4727250*      ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One Bank Usa N,     15000 Capital One Dr,
                  Richmond, VA 23238)
4727252*       +Cavalry Portfolio Serv,    Po Box 27288,   Tempe, AZ 85285-7288
4727253*       +Cbna,   Po Box 6283,    Sioux Falls, SD 57117-6283
4727254*       +Chase,   Po Box 901003,    Ft Worth, TX 76101-2003
4727255*       +Fed Loan Serv,    Po Box 60610,   Harrisburg, PA 17106-0610
4727257*       +Mcydsnb,    9111 Duke Blvd,   Mason, OH 45040-8999
4727258*       +Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
4727259*       +Sallie Mae,    300 Continental Dr,   Newark, DE 19713-4322
```

```
District/off: 0314-5           User: CGambini            Page 2 of 2              Date Rcvd: Sep 19, 2018
                               Form ID: ordsmiss         Total Noticed: 34
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
4727260*       +Syncb/Gap,    Po Box 965005,    Orlando, FL 32896-5005
4727261*       +Syncb/Jcp,    Po Box 965007,    Orlando, FL 32896-5007
                                                                                        TOTALS: 1, * 12, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Charles N Shurr, Jr.   on behalf of Creditor   Atlas Acquisitions LLC cshurr@kozloffstoudt.com,
               jcoombs@kozloffstoudt.com;dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com
              James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor   Kondaur Capital Corporation as servicer for Wilmington
               Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity but solely in
               its capacity as Owner Trustee of Matawin Ventures pa-bk@logs.com
              Kevin S Frankel    on behalf of Creditor   Carrington Mortgage Services, LLC pa-bk@logs.com
              LeeAne O Huggins    on behalf of Creditor    Carrington Mortgage Services, LLC pabk@logs.com
              Paul W McElrath, Jr.    on behalf of Debtor 1 Julio  Lopez, Jr. ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W McElrath, Jr.    on behalf of Debtor 2 Beninga  Lopez Guzman ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Thomas I Puleo    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 10
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Julio Lopez Jr., | Chapter 13 |
| **Debtor 1** | |
| | Case No. 5:15−bk−04580−JJT |
| Benigna Lopez Guzman, | |
| **Debtor 2** | |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation pursuant to LR 2016−2(h).**

Dated: September 19, 2018

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: CGambini, Deputy Clerk

ordsmiss (05/18)